No. —. MIDDLEMAN *v*. UNITED STATES;
No. —. EX PARTE GODFREY D. RICKETTS; and
No. —. EX PARTE MRS. JULE S. JACKSON. October 20, 1941. Applications denied.

No. —, original. EX PARTE VIRGIL CURRENT. October 20, 1941. The motion for leave to file petition for writ of habeas corpus is denied without prejudice to an application to the United States District Court.

No. —, original. EX PARTE LLOYD WILEY;
No. —, original. EX PARTE DAVID H. JOHNSON;
No. —, original. EX PARTE ANDREW FREY;
No. —, original. EX PARTE BEN SIMS;
No. —, original. EX PARTE DANIEL PATRICK DOYLE;
No. —, original. EX PARTE CHARLES LEFKOWITZ;
No. —, original. EX PARTE HOMER FRANKS;
No. —, original. EX PARTE WILLIAM H. PADGETT;
No. —, original. EX PARTE FRED REGER;
No. —, original. EX PARTE WILLIAM BARBER;
No. —, original. EX PARTE FRANK ROBERSON;
No. —, original. EX PARTE STANLEY B. PEPLOWSKI;
No. —, original. EX PARTE HERMAN BARMORE;
No. —, original. EX PARTE KENNETH GERARD;
No. —, original. EX PARTE GEORGE D. LATIMER;
No. —, original. EX PARTE ERNEST DIEFENBACH; and
No. —, original. EX PARTE JOHN R. MILLER. October 20, 1941. The motions for leave to file petitions for writs of habeas corpus are denied.

No. —, original. EX PARTE JAMES M. WRIGHT. October 20, 1941. The motion for leave to file petition for writ of prohibition is denied.